**VERNON HADSOCK v. STATE OF FLORIDA; EX PORTE VERNON HADSOCK.**

32 So. (2nd) 844                     June Term, 1947
December 19, 1947                    Division A
Rehearing denied Jan. 12, 1948

J. C. Adkins and J. C. Adkins, Jr., for appellant.

. J. Tom Watson, Attorney General, and Reeves Bowen, Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed on authority of Robert T. Brill v. State of Florida, decided November 18, 1947, not yet reported.

Affirmed.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.